IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTINIZING INTERNATIONAL LLC, a Michigan limited liability company, Assignee of DCSA, LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>JAMES R. BLOSSER and D'ARCY B. BLOSSER,<br><br>    Defendants and Counterclaimants. | 4:16-CV-3099<br><br>JUDGMENT |

Pursuant to the parties' joint Stipulation of Dismissal (filing 22), this matter is dismissed with prejudice in its entirety.

Dated this 25th day of April, 2017.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge